**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

COLUMBIA GAS TRANSMISSION LLC,

                Plaintiff,

v.                                       CIVIL ACTION NO.   3:14-11854

TRI-STATE AIRPORT AUTHORITY,

                Defendant.

**ORDER**

Pending is Defendant's motion to exceed the page limit for Defendant's renewed motion for judgment as a matter of law or, in the alternative, motion for new trial. ECF No. 254. Having reviewed Defendant's motion to exceed page limit and finding good cause, the Court **GRANTS** Defendant's motion to exceed page limit.

The Court **DIRECTS** the Clerk to send a copy of this written Memorandum Opinion to counsel of record and any unrepresented parties.

                                 ENTER:       March 25, 2016

                                 _____
                                 ROBERT C. CHAMBERS, CHIEF JUDGE